### 4311. DANIEL v. BROWDER-MANGET CO.

POTTLE, J. 1. Since one who signed a promissory note apparently as an indorser may, by parol evidence, be shown to have been in fact a surety (*James* v. *Calder,* 7 *Ga. App.* 707, 28 S. E. 622), a petition in a suit upon a promissory note, brought against A as maker and B as surety, in the county of the latter's residence, is not demurrable upon the ground that it appears from the petition that the maker does not reside in the county wherein the suit was brought, although, from a copy of the note attached to the petition, it appears that B signed the note as indorser. *Lumpkin* v. *Calloway,* 101 *Ga.* 226 (28 S. E. 622).

2. There was no error in striking the plea to the jurisdiction, or in any of the other rulings complained of.       *Judgment affirmed.*

DECIDED NOVEMBER 12, 1912.

Complaint; from city court of Atlanta—Judge Reid. May 18, 1912.

*R. E. Church, W. B. Hollingsworth,* for plaintiff in error.
*Moore & Pomeroy,* contra.